| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Bruce | L. | Pitt |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Maryland | | |
| Case number | 16-10659-WIL | | |
| | (If known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................  $ 1,430,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................  $ 414,258.00

   1c. Copy line 63, Total of all property on *Schedule A/B*.................................................  $ 1,844,258.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............  $ 1,913,141.86

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..........................................  $ 2,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*....................................  + $ 39,467.60

   **Your total liabilities**  $ 1,954,609.46

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ......................................................................  $ 10,830.33

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J*...............................................................  $ 21,975.11

Official Form 106Sum            Summary of Your Assets and Liabilities and Certain Statistical Information            page 1 of 2

Debtor 1    Bruce               L.               Pitt                                    Case number (*if known*) 16-10659-WIL
            First Name    Middle Name    Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 9,852.83

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 17,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 17,000.00 |

**Fill in this information to identify your case:**

Debtor 1: Bruce L. Pitt
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Maryland

Case number (If known): 16-10659-WIL

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 3945 Island Landing Court  Line from *Schedule A/B*: 1.1 | $ 990,000.00 | ☒ $ 22,975.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| Brief description: See Attachment 1  Line from *Schedule A/B*: 19 | $ 0.00 | ☒ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) |
| Brief description: See Attachment 2  Line from *Schedule A/B*: 3.1 | $ 4,000.00 | ☒ $ 4,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  **Bruce L. Pitt**
First Name   Middle Name   Last Name

Case number *(if known)* 16-10659-WIL

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 3  Line from *Schedule A/B*: 3.2 | $2,000.00 | [x] $3,000.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(I)  Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) |
| Brief description: See Attachment 4  Line from *Schedule A/B*: 3.3 | $700.00 | [x] $700.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) |
| Brief description: See Attachment 5  Line from *Schedule A/B*: 3.4 | $1,250.00 | [x] $ See  [ ] 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| Brief description: 1983 Regal 245XL  Line from *Schedule A/B*: 4.1 | $3,500.00 | [x] $3,300.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) |
| Brief description:  Line from *Schedule A/B*: 6 | $15,000.00 | [x] $ See  [ ] 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| Brief description: See Attachment 7  Line from *Schedule A/B*: 7 | $2,000.00 | [x] $ See  [ ] 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| Brief description: golf clubs  Line from *Schedule A/B*: 9 | $100.00 | [x] $100.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) |
| Brief description: wearing apparel  Line from *Schedule A/B*: 11 | $300.00 | [x] $300.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) |
| Brief description: 2 rings;  Line from *Schedule A/B*: 12 | $50.00 | [x] $50.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) |
| Brief description: 4 dogs; 2 cats  Line from *Schedule A/B*: 13 | $60.00 | [x] $60.00  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) |
| Brief description: hand and power tools  Line from *Schedule A/B*: 14 | $600.00 | [x] $  [ ] 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(b)(3)(B) |
| Brief description: See Attachment 8  Line from *Schedule A/B*: 21 | $45,000.00 | [x] $ See  [ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 2 of 3

Debtor 1  Bruce L. Pitt
         First Name   Middle Name   Last Name

Case number (if known) 16-10659-WIL

# Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from Schedule A/B: 23 | $75,000.00 | [x] $ See<br>[ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) |
| Brief description: See Attachment 10<br>Line from Schedule A/B: 21 | $200.00 | [x] $ See<br>[ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) |
| Brief description: See Attachment 11<br>Line from Schedule A/B: 19 | $0.00 | [x] $ 1.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) |
| Brief description: See Attachment 12<br>Line from Schedule A/B: 26 | $1.00 | [x] $ 1.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Lab. & Empl. §9-732 |
| Brief description: See Attachment 13<br>Line from Schedule A/B: 21 | $2,997.00 | [x] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | U.S.C. 42 § 407 |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: ___ | $_____ | [ ] $ _____<br>[ ] 100% of fair market value, up to any applicable statutory limit | _____ |

Attachment 1/2
Debtor: Bruce L. Pitt     Case No: 16-10659-WIL

Attachment 1

    100% interest in  Vinculum Solutions, Inc.

Attachment 2

    2005 Lincoln Navigator with 150,000 miles miles.

Attachment 3

    2005 Lincoln Aviator with 140,000 miles miles.

Attachment 4

    1988 Pontiac Fiero with 170,000 miiles miles.

Attachment 5

    2001 Isuzu Vehicross with 160,000 miles miles.
    Fair Market Value

Attachment 6

    Fair Market Value

Attachment 7

    6 televisions, stereo system, TV receivers
    Fair Market Value

Attachment 8

    IRA with SEP IRA at Charles Schwab
    Fair Market Value

Attachment 9

    Fair Market Value

Attachment 10

    Retirement Account with Beneficiary under wife's retirement account
    Fair Market Value

Attachment 2/2
Debtor: Bruce L. Pitt     Case No: 16-10659-WIL

Attachment 11

    100% interest in 100% stock in Tax Systems Solutions, Inc.

Attachment 12

    PassThrough Entities Visualization computer program

Attachment 13

    Other account with Social Security benefits

Case 16-10659    Doc 17    Filed 02/04/16    Page 7 of 14

**Fill in this information to identify your case:**

Debtor 1: Bruce L. Pitt
  First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Maryland

Case number: 16-10659-WIL
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Excutive | |
| Employer's name | Vinculum Solutins, Inc. | |
| Employer's address | 3945 Island Landing Court<br>Number   Street<br><br>Broomes Island, MD 20615<br>City   State   ZIP Code | Number   Street<br><br>***Spouse employer state RMC***<br>City   State   ZIP Code |
| How long employed there? | 20 years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | $ 0.00 | $ 0.00 |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  Bruce L. Pitt  
First Name   Middle Name   Last Name

Case number (*if known*) 16-10659-WIL

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............ → 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00    $ 0.00

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

   8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

   8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

   8e. **Social Security**   8e.   $ 2,997.00   $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $ 0.00

   8g. **Pension or retirement income**   8g.   $ 5,833.33   $ 0.00

   8h. **Other monthly income.** Specify: rent 13301 Fox Chase Lane   8h.   + $ 2,000.00   + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 10,830.33   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 10,830.33   +   $ 0.00   =   $ 10,830.33

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.   + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 10,830.33

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☒ Yes. Explain:  If the debtor obtaines emplyment with the IRS his incme will increse. Decesion might be made within 3 -4 months.

Official Form 106I    Schedule I: Your Income    page **2**

**Fill in this information to identify your case:**

Debtor 1: Bruce L. Pitt
  First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Maryland

Case number: 16-10659-WIL
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | wife | 55 | ☐ No  ☒ Yes |
   | son | 29 | ☐ No  ☒ Yes |
   | son | 17 | ☐ No  ☒ Yes |
   | son | 15 | ☐ No  ☒ Yes |
   | son | 14 | ☐ No  ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

   See Attachment 1

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4.  $ 8,780.86

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 500.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

Official Form 106J        **Schedule J: Your Expenses**        page **1**

Debtor 1  __Bruce L. Pitt_____   Case number (*if known*) 16-10659-WIL_____
         First Name   Middle Name   Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 750.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 645.00 |
| | 6d. Other. Specify: propane | 6d. | $ 600.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 2,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 50.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 300.00 |
| 10. | **Personal care products and services** | 10. | $ 10.00 |
| 11. | **Medical and dental expenses** | 11. | $ 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 850.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 75.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 516.18 |
| | 15c. Vehicle insurance | 15c. | $ 550.00 |
| | 15d. Other insurance. Specify: See Attachment 2 | 15d. | $ 292.60 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: real estate on Lots | 16. | $ 250.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: Ditech 13301 Fox Chase | 17c. | $ 1,403.32 |
| | 17d. Other. Specify: Citibank 13301 Fox Chase | 17d. | $ 1,210.74 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 100.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 100.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 200.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 91.67 |

Official Form 106J        **Schedule J: Your Expenses**        page **2**

Debtor 1  Bruce L. Pitt
         First Name   Middle Name   Last Name

Case number (*if known*) 16-10659-WIL

21. **Other**. Specify: See Attachment 3                          21.  +$ 1,774.74

22. **Calculate your monthly expenses.**
    22a. Add lines 4 through 21.
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
    22c. Add line 22a and 22b. The result is your monthly expenses.
    
    22.  $ 21,975.11
         $
         $ 21,975.11

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ 10,830.33

    23b. Copy your monthly expenses from line 22 above.    23b.  – $ 21,975.11

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c.  $ -11,144.78

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.    Explain here:

# Attachment
## Debtor: Bruce L. Pitt      Case No: 16-10659-WIL

**Attachment 1**

    **Relationship: son**
    **Age: 12**
    **This dependent lives with debtor.**

**Attachment 2**

    **Description: dental insurance**
    **Amount: 146.55**

    **Description: long term care insurance**
    **Amount: 146.05**

**Attachment 3**

    **Description: Citibank**
    **Amount: 1,210.74**

    **Description: Granite State Student Loan**
    **Amount: 151.00**

    **Description: Navient**
    **Amount: 413.00**

**Attachment 4: Additional Notes**

    **Debtor anticipates that medical expenses will increse in the next 6 months.**

**Fill in this information to identify your case:**

Debtor 1: Bruce L. Pitt
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Maryland

Case number: 16-10659-WIL
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/Bruce L. Pitt_____        ✗ _____
Signature of Debtor 1                     Signature of Debtor 2

Date 02/03/2016                           Date _____
   MM / DD / YYYY                            MM / DD / YYYY