| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Bruce L. Pitt |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Maryland |
| Case number | 16-10659-WIL |
| | (If known) |

[X] Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... $ 1,430,000.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... $ 432,999.64
   1c. Copy line 63, Total of all property on *Schedule A/B*.............................................. $ 1,862,999.64

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ 1,913,141.86

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................................... $ 2,000.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................. + $ 44,167.60

   **Your total liabilities**   $ 1,959,309.46

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................ $ 10,830.33

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J*.......................................................... $ 23,690.11

Debtor 1  Bruce          L.          Pitt                              Case number (*if known*) 16-10659-WIL
         First Name   Middle Name   Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 9,852.83

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 17,000.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 17,000.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1: Bruce L. Pitt
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Maryland

Case number: 16-10659-WIL

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   1.1. Street address: 3945 Island Landing Court; Deed dated December 14, 2001, recorded December See Attachment 1
   City: Broomes Island   State: Maryland   ZIP Code: 20615
   County: Calvert

   **What is the property?** Check all that apply.
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $ 990,000.00
   Current value of the portion you own? $ 990,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Tenancy by the Entirety

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. Street address: 13301 Fox Chase Lane; Deed dated August 13, 1992, recorded September 2, 1992, See Attachment 2
   City: Spotsylvania   State: Virginia   ZIP Code: 22553
   County: Spotsylvania

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☒ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? $ 350,000.00
   Current value of the portion you own? $ 350,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Joint Tenancy with Right of Survivorship

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B                Schedule A/B: Property                page 1

**1.3.** 3955 Island Landing Court; Deed dated December 14, 2001, recorded December See Attachment 3
Street address, if available, or other description

Broomes Island  Maryland  20615
City                State      ZIP Code

Calvert County
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other Lot 8

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $60,000.00

**Current value of the portion you own?** $60,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple Ownership

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 
See Attachment 4: Additional Real Property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ⟶ $1,430,000.00

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☒ Yes

**3.1.** Make: Lincoln
Model: Navigator
Year: 2005
Approximate mileage: 150,000
Other information: owned solely

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $4,000.00
**Current value of the portion you own?** $4,000.00

If you own or have more than one, describe here:

**3.2.** Make: Lincoln
Model: Aviator
Year: 2005
Approximate mileage: 140,000
Other information: owned jointly w/Angela Renee Pitt

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $4,000.00
**Current value of the portion you own?** $2,000.00

Official Form 106A/B        Schedule A/B: Property        page 2

| | | | |
|---|---|---|---|
| 3.3. Make: Pontiac<br>Model: Fiero<br>Year: 1988<br>Approximate mileage: 170,000<br>Other information:<br>owned solely | **Who has an interest in the property?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?**<br>$700.00 | **Current value of the portion you own?**<br>$700.00 |
| 3.4. Make: Isuzu<br>Model: Vehicross<br>Year: 2001<br>Approximate mileage: 160,000<br>Other information:<br>owned jointly with spouse | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?**<br>$2,500.00 | **Current value of the portion you own?**<br>$1,250.00 |

See Attachment 5: Additional Cars, Vans, Trucks, Tractors, Sport Utility Vehicles, and Motorcycles

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☒ Yes

| | | | |
|---|---|---|---|
| 4.1. Make: Regal<br>Model: 245XL<br>Year: 1983<br>Other information:<br>bad engine | **Who has an interest in the property?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?**<br>$3,500.00 | **Current value of the portion you own?**<br>$3,500.00 |

If you own or have more than one, list here:

| | | | |
|---|---|---|---|
| 4.2. Make: ___<br>Model: ___<br>Year: ___<br>Other information: | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?**<br>$___ | **Current value of the portion you own?**<br>$___ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................➔  $15,950.00

Debtor 1  Bruce L. Pitt
         First Name  Middle Name  Last Name

Case number (*if known*) 16-10659-WIL

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... HHG&F
   $15,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe......... 6 tvs, stereo system, TV receivers
   $2,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.........
   $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe......... golf clubs
   $100.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes. Describe......... Remington semi-automatic shotgun; Remington 30.06 rifle; Colt 22 pistol
    $800.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe......... clothing
    $300.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe......... 2 rings
    $50.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☒ Yes. Describe......... 4 dogs; 2 cats
    $60.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes. Give specific information............... hand & power tools
    $600.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ➔
    $18,910.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☒ Yes................................................................................................................................  Cash: ............  $ 50.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes....................         Institution name:

    17.1. Checking account:  Community Bank of the Chesapeake #0062       $ 150.00
    17.2. Checking account:  Bank of America TSS, Inc. #0164               $ 14,241.64
    17.3. Savings account:   _____         $ _____
    17.4. Savings account:   _____         $ _____
    17.5. Certificates of deposit: _____   $ _____
    17.6. Other financial account: _____   $ _____
    17.7. Other financial account: _____   $ _____
    17.8. Other financial account: _____   $ _____
    17.9. Other financial account: _____   $ _____

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes................   Institution or issuer name:

    _____   $ _____
    _____   $ _____
    _____   $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No                Name of entity:                                  % of ownership:
    ☒ Yes. Give specific
    information about    Vinculum Solutions, Inc.                         100      %      $ 0.00
    them. .........       100% stock in Tax Systems Solutions, Inc.       100      %      $ 0.00
                         _____           _____  %      $ _____

Official Form 106A/B                        Schedule A/B: Property                                  page 5

Debtor 1    Bruce    L.    Pitt      Case number *(if known)* 16-10659-WIL
         First Name   Middle Name   Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   [x] No
   [ ] Yes. Give specific information about them. ……………

   Issuer name:
   _____ $_____
   _____ $_____
   _____ $_____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   [ ] No
   [x] Yes. List each account separately..

   | Type of account: | Institution name: | |
   |---|---|---|
   | 401(k) or similar plan: | _____ | $_____ |
   | Pension plan: | _____ | $_____ |
   | IRA: | Charles Schwab | $45,000.00 |
   | Retirement account: | Beneficiary under wife's retirement account | $200.00 |
   | Keogh: | _____ | $_____ |
   | Additional account: | Social Security | $2,997.00 |
   | Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   [x] No
   [ ] Yes………………

   Institution name or individual:

   | | | |
   |---|---|---|
   | Electric: | _____ | $_____ |
   | Gas: | _____ | $_____ |
   | Heating oil: | _____ | $_____ |
   | Security deposit on rental unit: | _____ | $_____ |
   | Prepaid rent: | _____ | $_____ |
   | Telephone: | _____ | $_____ |
   | Water: | _____ | $_____ |
   | Rented furniture: | _____ | $_____ |
   | Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   [ ] No
   [x] Yes………………

   Issuer name and description:
   Civil Service Retirement     $ 75,000.00
   _____ $_____
   _____ $_____

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program**.
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    [X] No
    [ ] Yes ................................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    [X] No
    [ ] Yes. Give specific information about them. ..  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    [ ] No
    [X] Yes. Give specific information about them. ..  PassThrough Entities Visualization computer program  $1.00

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    [X] No
    [ ] Yes. Give specific information about them. ..  $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    [X] No
    [ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

    Federal: $_____
    State: $_____
    Local: $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    [X] No
    [ ] Yes. Give specific information. .............

    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    [ ] No
    [X] Yes. Give specific information. .............  Rent receivable from Vinculum Solutins, Inc. $45,000.00; Wages owed by Tax See Attachment 6  $260,500.00

Official Form 106A/B         Schedule A/B: Property         page **7**

Debtor 1  Bruce   L.   Pitt                                        Case number (*if known*) 16-10659-WIL
         First Name   Middle Name   Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☒ No
    ☐ Yes. Give specific information. .............    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes. Describe each claim. .....................    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☒ No
    ☐ Yes. Describe each claim. .....................    $_____

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes. Give specific information. ............    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................................... →    $ 398,139.64

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☒ No
    ☐ Yes. Describe.......    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe.......    $_____

Debtor 1 ___Bruce___ ___L.___ ___Pitt___  Case number (*if known*) 16-10659-WIL
           First Name   Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - [x] No
    - [ ] Yes. Describe.......

41. **Inventory**
    - [x] No
    - [ ] Yes. Describe.......

42. **Interests in partnerships or joint ventures**
    - [x] No
    - [ ] Yes. Describe....... Name of entity:                                                  % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - [x] No
    - [ ] Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        - [x] No
        - [ ] Yes. Describe.........

44. **Any business-related property you did not already list**
    - [x] No
    - [ ] Yes. Give specific information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................ → $0.00

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - [x] No. Go to Part 7.
    - [ ] Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - [x] No
    - [ ] Yes.........................

Official Form 106A/B             Schedule A/B: Property             page **9**

Debtor 1  Bruce L. Pitt    Case number (*if known*) 16-10659-WIL
         First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
    - [x] No
    - [ ] Yes. Give specific information. ............ $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - [x] No
    - [ ] Yes............................ $_____

50. **Farm and fishing supplies, chemicals, and feed**
    - [x] No
    - [ ] Yes............................ $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    - [x] No
    - [ ] Yes. Give specific information. ............ $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** → $ 0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - [x] No
    - [ ] Yes. Give specific information. ............ $_____
    $_____
    $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** → $_____

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..................................................................................... → $ 1,430,000.00

56. **Part 2: Total vehicles, line 5**   $ 15,950.00

57. **Part 3: Total personal and household items, line 15**   $ 18,910.00

58. **Part 4: Total financial assets, line 36**   $ 398,139.64

59. **Part 5: Total business-related property, line 45**   $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

61. **Part 7: Total other property not listed, line 54**   + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ............   $ 432,999.64   Copy personal property total → + $ 432,999.64

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ..................................................................................... $ 1,862,999.64

Official Form 106A/B    Schedule A/B: Property    page 10

Attachment
Debtor: Bruce L. Pitt     Case No: 16-10659-WIL

Attachment 1: Real Property

    14, 2001, among the Land Records of Calvert County, MD at Liber 1491, folio 762 et seq., owned as tenants by entirety with Debra K. Pitt; house & Lot 7

Attachment 2: Real Property

    among the Land Records of Spotsylvania County, VA at Liber 1059, folio 784 et seq.; a/k/a 13301 Fox Gate Drive, spotsylvania, VA 22553; rental property

Attachment 3: Real Property

    14, 2001, among the Land Records of Calvert County, MD at Liber 1491, floio 762 et seq., Lot 8

Attachment 4: Additional Real Property

    Location: Lot 13303 Fox Chase Lane, Spotsylvania (Spotsylvania county), Virginia 22553
    Nature of the Property: Lot
    Current Value of the Property: $30,000.00
    Current Value of Debtor's Ownership Interest: $30,000.00
    Nature of Debtor's Ownership Interest: Joint Tenancy with Right of Survivorship
    Parties with an Interest in the Property: The Debtor and another
    Community Property: no

Attachment 5: Additional Cars, Vans, Trucks, Tractors, Sport Utility Vehicles, and Motorcycles

    Make: Cadillac
    Model: SUV
    Year: 2009
    Approximate Mileage: 115,000
    Parties with an Interest in the Property: The Debtor and another
    Current Value of the Property: $9,000.00
    Current Value of Debtor's Ownership Interest: $4,500.00

Attachment 6

    Systems Solutions Inc. $55,000.00; Wages owed by VinculumSolutions Inc. $160,000.00

**Fill in this information to identify your case:**

Debtor 1: Bruce L. Pitt
First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Maryland

Case number: 16-10659-WIL
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/Bruce L. Pitt
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 02/17/2016
MM / DD / YYYY

Date _____
MM / DD / YYYY