IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| Bruce L. Pitt | * CASE NO. 16-10659-WIL |
| | * Chapter 11 |
| Debtor | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SUPPLEMENTAL STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Federal Rule of Bankruptcy Procedure 2016(b), states that he has received from the debtor the additional sum of $2,000.00 which has been deposited to escrow pending Court approval of compensation and reimbursement of expenses.

Respectfully submitted,

Dated:   10/18/16         /s/ Marc R. Kivitz
Marc R. Kivitz
Trial Bar No. 02878
Suite 1330
201 North Charles Street
Baltimore, MD 21201
(410) 625-2300
Facsimile: (410) 576-0140
Email: mkivitz@aol.com
Attorney for debtor

pitt:  2016 SUPP 2