

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE: | * |
| | * |
| Bruce L. Pitt | * Case No. 16-10659-WIL |
| | * Chapter 11 |
| Debtor | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AWARDING DEBTOR'S ATTORNEY'S
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the application for compensation and reimbursement of expenses filed by Marc R. Kivitz, counsel for the debtor, Bruce L. Pitt, requesting approval of professional fees and expenses for the period from January 18, 2016, through August 26, 2016, and notice to creditors having been issued as certified to the court, and it appearing that no objections to this notice have been timely filed and it further appearing that the compensation requested is reasonable, it is therefore by the United States Bankruptcy Court for the District of Maryland

ORDERED that compensation for professional fees rendered by Marc R. Kivitz, counsel for the debtor, Bruce L. Pitt, for the period from January 18, 2016 through August 26, 2016, be and hereby are approved in the amount of $29,000.00; and be it further

2

ORDERED that the reimbursement of actual and necessary costs and expenses of Marc R. Kivitz, counsel for the debtor, Bruce L. Pitt, for the period from January 18, 2016 through August 26, 2016, be and hereby are approved in the sum of $58.92; and be it further

ORDERED that Marc R. Kivitz, be, and he is hereby, authorized to draw upon and to disburse the funds in his attorney escrow and to apply said funds to the payment of the approved amount of compensation and reimbursement of expenses; and be it further

ORDERED that Bruce L. Pitt., be, and it is hereby, authorized to disburse to Marc R. Kivitz, Esquire, the sum of $19,500.00 as the approved unpaid balance of compensation and $58.92 for reimbursement of expenses, totaling $19,558.92 for the period from January 18, 2016 through August 26, 2016.

cc:    Marc R. Kivitz, Esquire
       Suite 1330
       201 N. Charles Street
       Baltimore, MD 21201

       Catherine Stavlas, Esquire
       Assistant U. S. Trustee
       6305 Ivy Lane, Suite 600
       Greenbelt, MD 20770

       Mr. Bruce L. Pitt
       3945 Island Landing
       Broomes Island Court, MD 20615

       Diane S. Rosenberg, Esquire
       Rosenberg & Associates, LLC
       4340 East West Highway
       Suite 600
       Bethesda, MD 20814

       Safa Ashrafi, Esquire
       BWW Law Group, LLC
       6003 Executive Blvd
       Suite 101
       Rockville, MD 20852

Ramesh Singh
c/o Recovery Management Systems Corporation
Financial Controller
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131-1605

pitt: AFAC1 order

**END OF ORDER**