_____RETAIN ✓

_____
**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y / N
Exhibits Filed: Y / N

PROCEEDING MEMO - CHAPTER 11

Date: 05/01/2017 Time: 11:00

**CASE: 16-10659 Bruce L. Pitt** ✓

~~PRO SE~~ *Dan Press* Bruce L. Pitt (Debtor)

Leander D. Barnhill representing US Trustee - Greenbelt 11 (U.S. Trustee)

[58] Disclosure Statement Filed by Bruce L. Pitt.

**MOVANT** : Bruce Pitt (no aty)

[86] Objection to Confirmation of Plan Filed by Ditech Financial LLC (related document(s) 59 Chapter 11 Plan filed by Debtor Bruce L. Pitt).

**MOVANT** : Ditech Financial LLC BY K Lane M Meyer

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted____ Denied____ Withdrawn ✓ [58] Consent____ Default___ Under Adv.___

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel        [ ] Court
       [ ] Respondent's counsel    [ ] Other _____

NOTES:   30 days for new DS & Plan